UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on August 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gary G Goodman

| | |
|---|---|
| Case No.: | 19-15156-CMG |
| Hearing Date: | |
| Judge: | Christine M. Gravelle |
| Chapter: | 19-15156-CMG |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 29, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on __August 29, 2019__ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☒ Other: Entered Prior to The Final Report Being Filed

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*