Form 226 – 3004claimntc.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−15156−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary G Goodman
   72 Poor Farm Road
   Pennington, NJ 08534

Social Security No.:
   xxx−xx−9312

Employer's Tax I.D. No.:

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

     Please be advised that Gary G Goodman the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 28, 2019.

Beth Smith P.C.
12 Roszel Road
Suite C205
Princeton, NJ 08540


Dated: August 30, 2019
JAN: mmf

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gary G Goodman  
    Debtor

Case No. 19-15156-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 30, 2019  
                      Form ID: 226       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.

```
db             +Gary G Goodman,    72 Poor Farm Road,    Pennington, NJ 08534-3801
518102972      +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
518241518       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518102973     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,     PO BOX 982238,    El Paso, TX 79998)
518224583      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518102975      +Beth Smith P.C.,    12 Roszel Road,    Suite C205,    Princeton, NJ 08540-6234
518102976      +CITIBANK/CBNA,    PO BOX 6190,    Sioux Falls, SD 57117-6190
518174028      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518102978      +Chase Card,    PO BOX 15298,    Wilmington, DE 19850-5298
518102979      +Comnity Bank/Williams Sonoma,    PO Box 182789,    Columbus, OH 43218-2789
518263187       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518102981      +Lynne Dorner,    72 Poor Farm Road,    Pennington, NJ 08534-3801
518102982      +Macy's Department Stores,    PO BOx 8218,    Mason, OH 45040-8218
518250053      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
518102983       RoundPoint Mortgage Servicing Corproation,    P.O. Box 19409,    Charlotte, NC 28219-9409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518102977      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 30 2019 23:37:47
                 Capital One Auto Finance,    PO BOX 60511,    City Of Industry, CA 91716-0511
518129793      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 23:37:43
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518141113      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 23:37:03
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518102980       E-mail/Text: bk@freedomfinancialnetwork.com Aug 30 2019 23:39:51    Freedom Financial,
                 1875 South Grant Street 425,    San Mateo, CA 94402
518148724       E-mail/Text: bk@freedomfinancialnetwork.com Aug 30 2019 23:39:51
                 Freedom Financial Asset Management,    POB 2340,    Phoenix, AZ 85002
518243652       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 23:48:47     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518257400       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2019 00:02:39
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic Visa,    POB 41067,
                 Norfolk VA 23541
518257233       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2019 23:37:44
                 Portfolio Recovery Associates, LLC,    c/o Lowe's,    POB 41067,    Norfolk VA 23541
518102984      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:37:06     SYNCB/BANANA REPBUBLIC,
                 PO BOX 965005,    Orlando, FL 32896-5005
518102985      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:48:47     SYNCB/LOWES,    PO BOX 956005,
                 Orlando, FL 32896-0001
518120900      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:38:27     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
518102974*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,     PO BOX 982238,    El Paso, TX 79998)
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3         User: admin              Page 2 of 2             Date Rcvd: Aug 30, 2019
                             Form ID: 226             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Graig P. Corveleyn    on behalf of Debtor Gary G Goodman CorveleynLawFirm@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```