| | |
|---|---|
| UNITED STATES<br>BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**CORVELEYN LAW FIRM**<br>Graig P. Corveleyn, Esq. (GC-3393)<br>2 East Broad Street (Second Floor)<br>P.O. Box 45<br>Hopewell, NJ 08525<br>267-250-4798 (phone)<br>609-423-0938 (fax)<br>gpc@CorveleynLawFirm.com<br>Counsel to the Debtor | **Order Filed on September 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>           GOODMAN, GARY G.<br><br>                Debtor. | Case No. 19-15156 (CMG)<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

### ORDER ALLOWING LATE FILED UNSECURED CLAIM

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: September 17, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** is before the Court on the Motion of the Debtor in the above referenced proceeding, Gary G. Goodman seeking entry of an Order Allowing the Late Filed Claim of an Unsecured Creditor, Beth Smith, P.C. (the "Motion") and the Court having read and considered the papers submitted in support of the Motion and the opposition, if any, and having heard and considered the arguments of counsel, if any, and the Court finding compelling reason why the the late filed claim should be allowed, and for other good and sufficient cause shown, it is hereby **ORDERED** as follows:

1. The Motion is hereby **GRANTED** in its entirety.

2. The General Unsecured Proof of Claim of Beth Smith, P.C. shall be allowed in full as a late filed claim and should be paid in accordance with the Chapter 13 Trustee's distributions to creditors of the Debtor.

3. Counsel to the movant shall serve a true and correct copy of this Order on all parties that received notice of the Motion within three (3) days of the date hereof.