| | |
|---|---|
| UNITED STATES<br>BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**CORVELEYN LAW FIRM**<br>Graig P. Corveleyn, Esq. (GC-3393)<br>2 East Broad Street (Second Floor)<br>P.O. Box 45<br>Hopewell, NJ 08525<br>267-250-4798 (phone)<br>609-423-0938 (fax)<br>gpc@CorveleynLawFirm.com<br>Counsel to the Debtor | **Order Filed on September 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>GOODMAN, GARY G.<br><br>Debtor. | Case No. 19-15156 (CMG)<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

**ORDER ALLOWING LATE FILED UNSECURED CLAIM**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: September 17, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** is before the Court on the Motion of the Debtor in the above referenced proceeding, Gary G. Goodman seeking entry of an Order Allowing the Late Filed Claim of an Unsecured Creditor, Beth Smith, P.C. (the "Motion") and the Court having read and considered the papers submitted in support of the Motion and the opposition, if any, and having heard and considered the arguments of counsel, if any, and the Court finding compelling reason why the the late filed claim should be allowed, and for other good and sufficient cause shown, it is hereby **ORDERED** as follows:

1. The Motion is hereby **GRANTED** in its entirety.

2. The General Unsecured Proof of Claim of Beth Smith, P.C. shall be allowed in full as a late filed claim and should be paid in accordance with the Chapter 13 Trustee's distributions to creditors of the Debtor.

3. Counsel to the movant shall serve a true and correct copy of this Order on all parties that received notice of the Motion within three (3) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Gary G Goodman  
    Debtor

Case No. 19-15156-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 17, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.  
db         +Gary G Goodman,    72 Poor Farm Road,    Pennington, NJ 08534-3801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:  
         Albert   Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     Roundpoint Mortgage Servicing Corporation  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Graig P. Corveleyn     on behalf of Debtor Gary G Goodman CorveleynLawFirm@gmail.com  
         Rebecca Ann Solarz     on behalf of Creditor     Roundpoint Mortgage Servicing Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 5