**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gary G Goodman<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9312<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–15156–CMG | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary G Goodman

11/3/23                                                                             **By the court:** Christine M. Gravelle
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-15156-CMG

Gary G Goodman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Nov 03, 2023     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gary G Goodman, 72 Poor Farm Road, Pennington, NJ 08534-3801 |
| 518102975 | + | Beth Smith P.C., 12 Roszel Road, Suite C205, Princeton, NJ 08540-6234 |
| 518102979 | + | Comnity Bank/Williams Sonoma, PO Box 182789, Columbus, OH 43218-2789 |
| 518102981 | + | Lynne Dorner, 72 Poor Farm Road, Pennington, NJ 08534-3801 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518102972 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2023 21:14:42 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 518241518 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2023 21:04:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518102973 | + | EDI: BANKAMER.COM | Nov 04 2023 00:37:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 518224583 | + | EDI: BANKAMER2.COM | Nov 04 2023 00:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518102976 | + | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | CITIBANK/CBNA, PO BOX 6190, Sioux Falls, SD 57117-6190 |
| 518102977 | + | EDI: CAPONEAUTO.COM | Nov 04 2023 00:37:00 | Capital One Auto Finance, PO BOX 60511, City Of Industry, CA 91716-0511 |
| 518129793 | + | EDI: AISACG.COM | Nov 04 2023 00:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518141113 | + | EDI: AISACG.COM | Nov 04 2023 00:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518174028 | + | Email/Text: RASEBN@raslg.com | Nov 03 2023 20:50:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518102982 | | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | Macy's Department Stores, PO BOx 8218, Mason, OH 45040 |
| 518263187 | | EDI: Q3G.COM | Nov 04 2023 00:37:00 | Department Stores National Bank, c/o Quantum3 |

Case 19-15156-CMG   Doc 56   Filed 11/05/23   Entered 11/05/23 23:16:14   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518102980 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 03 2023 20:49:00 | Freedom Financial, 1875 South Grant Street 425, San Mateo, CA 94402 |
| 518148724 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 03 2023 20:49:00 | Freedom Financial Asset Management, POB 2340, Phoenix, AZ 85002 |
| 519637929 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 03 2023 20:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519637930 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 03 2023 20:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518102978 | | EDI: JPMORGANCHASE | Nov 04 2023 00:37:00 | Chase Card, PO BOX 15298, Wilmington, DE 19850 |
| 518243652 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 20:53:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518257400 | | EDI: PRA.COM | Nov 04 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic Visa, POB 41067, Norfolk VA 23541 |
| 518257233 | | EDI: PRA.COM | Nov 04 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518250053 | ^ | MEBN | Nov 03 2023 21:34:36 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 518102983 | ^ | MEBN | Nov 03 2023 21:34:32 | RoundPoint Mortgage Servicing Corproation, P.O. Box 19409, Charlotte, NC 28219-9409 |
| 518102984 | + | EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCB/BANANA REPBUBLIC, PO BOX 965005, Orlando, FL 32896-5005 |
| 518102985 | + | EDI: RMSC.COM | Nov 04 2023 00:37:00 | SYNCB/LOWES, PO BOX 956005, Orlando, FL 32896-0001 |
| 518120900 | + | EDI: RMSC.COM | Nov 04 2023 00:37:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518102974 | *+ | Bank of America, PO BOX 982238, El Paso, TX 79998-2238 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 30 |

Date: Nov 05, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Graig P. Corveleyn | on behalf of Debtor Gary G Goodman CorveleynLawFirm@gmail.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5